**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 19 MAL 2015
                                                                       :
                                    Respondent             :
                                                                       : Petition for Allowance of Appeal from the
                                                                       : Order of the Superior Court
                        v.                                         :
                                                                       :
                                                                       :
                                                                       :
ANGEL L. ECHEVARRIA,                                 :
                                                                       :
                                    Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.